AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



**FILED**
JUN - 6 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>USPS Priority Mail Package bearing tracking number 9505 5108 3248 3156 8430 86 | ) ) ) ) ) ) Case No. 3:23-mj-00024 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail Package bearing tracking number 9505 5108 3248 3156 8430 86

located in the ____Southern____ District of ____West Virginia____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances and/or proceeds of drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841 (a) | Distribution of a controlled substance |
| 21 U.S.C. Section 843 (b) | Using the mail to facilitate the distribution of a controlled substance |
| 21 U.S.C. Section 846 | Conspiracy to distribute a controlled substance |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Eric Seth Johnson, USPIS Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone after a PDF was submitted via email *(specify reliable electronic means)*.

Date: June 6, 2023

_____
*Judge's signature*

City and state: Huntington, West Virginia    Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*